UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDUARDO CARBALLO CASTILLO, et al.,

     Plaintiffs,

                                  Case No. 1:17-cv-137

v.

                                  HONORABLE PAUL L. MALONEY

ASIAN BUFFET & GRILL INC., et al.,

     Defendants.

_____/

### ORDER RE-OPENING CASE AND DIRECTING PARTIES TO JUSTIFY CONFIDENTIALITY PROVISION OF SETTLEMENT AGREEMENT

On September 30, 3019, this case was administratively closed (ECF No. 144).  The parties have filed a motion to re-open the case in order to facilitate approval of the settlement agreement reached between the parties (ECF No. 145) and provided to the Court for review.  Accordingly,

**IT IS HEREBY ORDERED** that the case is re-opened.

**IT IS FURTHER ORDERED** that the parties provide justification for the confidentiality provisions of the agreement.  In all other respects, the Court will approve the settlement agreement. Justifications shall be provided by **November 7, 2019**.

Dated:  October 23, 2019                          /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge