UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDUARDO CARBALLO CASTILLO, et al., <br> Plaintiffs, <br> -v- <br> 1750 ASIAN BUFFET, INC., et al., <br> Defendants. | No. 1:17-cv-137 <br><br> Honorable Paul L. Maloney |

## ORDER APPROVING JOINT MOTION

The parties filed a joint motion for approval of a settlement agreement in this Fair Labor Standard Act (FLSA) lawsuit. (ECF No. 153.) Counsel for all parties signed the joint motion. The proposed settlement agreement is attached as an exhibit to the motion. The Court has reviewed the agreement and finds that it is a fair and reasonable resolution of a bona fide dispute. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

According, the Court **GRANTS** the joint motion for approval of the settlement agreement. (ECF No. 153.) The proposed settlement agreement (ECF No. 153-1) is **APPROVED.**

The status conference scheduled for February 12, 2020, is **CANCELED.**

**THIS ACTION IS TERMINATED. IT IS SO ORDERED.**

Date: February 10, 2020           /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge